■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v PHILIP CHEN,

Respondent.—Appeal by the People from an order of the Supreme Court, Kings County, dated March 16, 1975, which, after a hearing, granted defendant's motion to suppress physical evidence. Order reversed, on the law and the facts, and case remitted to Criminal Term for further proceedings in accordance herewith. A new hearing is required at which there should be a full development of the facts by all relevant witnesses. Hopkins, Acting P. J., Martuscello, Latham and Damiani, JJ., concur.